```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 01726
    LATONIA S MOSLEY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-1092

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 01/25/2008 and was confirmed 04/28/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 02/09/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED      970.75          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED      383.42          .00           .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC 17859.62       454.25       1149.76
US DEPT OF EDUCATION       UNSECURED    10115.65          .00           .00
FORD MOTOR CREDIT CO       UNSECURED     6004.80          .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED     1645.32          .00           .00
REGIONAL ACCEPTANCE CORP   SECURED NOT I    .00           .00           .00
REGIONAL ACCEPTANCE CORP   UNSECURED    NOT FILED         .00           .00
ALLIED INTERSTATE          UNSECURED    NOT FILED         .00           .00
BUREAU OF COLLECTION REC   UNSECURED    NOT FILED         .00           .00
CDA PONTIAC                UNSECURED    NOT FILED         .00           .00
CDA PONTIAC                UNSECURED    NOT FILED         .00           .00
CDA PONTIAC                UNSECURED    NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED     1467.33          .00           .00
FORD MOTOR CREDIT CORP     UNSECURED    NOT FILED         .00           .00
JP MORGAN                  UNSECURED    NOT FILED         .00           .00
MIDLAND                    UNSECURED    NOT FILED         .00           .00
US DEPT OF EDUCATION       UNSECURED    NOT FILED         .00           .00
WASHINGTON/PROVIDIAN       UNSECURED    NOT FILED         .00           .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC  570.00          .00         371.09
AMERICREDIT FINANCIAL SV   UNSECURED    NOT FILED         .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY   3,464.00                       .00
TOM VAUGHN                 TRUSTEE                                    171.74
DEBTOR REFUND              REFUND                                       .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS        DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   2,146.84

PRIORITY                                     .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 01726 LATONIA S MOSLEY
```

```
SECURED                                             1,520.85
    INTEREST                                          454.25
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                  171.74
DEBTOR REFUND                                            .00
                        ---------------   ---------------
TOTALS                        2,146.84          2,146.84
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
      Dated: 03/05/09         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE